UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-21160-CIV-GOODMAN
[CONSENT]

ARCHER WESTERN - DE MOYA
JOINT VENTURE,

    Plaintiff,

v.

ACE AMERICAN INSURANCE CO.

    Defendant.

_____/

## POST-HEARING ADMINISTRATIVE ORDER

On January 31, 2024, the Undersigned held a Zoom Trial Scheduling Conference. At the hearing, the Undersigned **ordered** the following:

The Undersigned has reserved five days for trial starting **August 26, 2024**, and will be issuing an Amended Scheduling Order reflecting the new dates and deadlines.

The parties will jointly file a notice on CM/ECF reflecting any changes to the points raised in their respective motions *in limine* [ECF Nos. 108; 109] resulting from the Undersigned's ruling [ECF No. 117] on Defendant's Motion for Summary Judgment [ECF No. 88]. This notice must be filed by **Monday, February 19, 2024**. In it, the parties must state (with regards to each argument) whether the point is moot or still viable. If the parties disagree as to a certain point (e.g., one party thinks a point is moot and the other

does not), then that disagreement and the brief reasons behind it shall be included in the notice. If the parties wish to include supplemental memoranda on a point as a result of the Undersigned's holding [ECF No. 117] on Defendant's Motion for Summary Judgment [ECF No. 88], then the requesting party must briefly list the reasons behind that request.

Additionally, the parties must include agreed-upon proposed dates for the submission of: (1) supplemental material related to the already-filed motions *in limine*; (2) joint pretrial stipulations; and (3) proposed jury instructions.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on February 1, 2024.

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies Furnished to:**
All Counsel of Record